Ernest W. Klatte, III (State Bar No. 115914)
eklatte@kbylaw.com
Summer Young Agriesti (State Bar No. 232883)
syoung@kbylaw.com
Yeun C. Yim (State Bar No. 253748)
yyim@kbylaw.com
Klatte, Budensiek & Young-Agriesti, LLP
20341 SW Birch, Suite 200
Newport Beach, California 92660-1514
Telephone:  949-221-8700
Facsimile:   949-222-1044

Attorneys for Defendant
BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC dba GCR TIRE CENTERS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SMITH,<br><br>             Plaintiff,<br><br>      vs.<br><br>BRIDGESTONE AMERICAS, INC., a corporation; GCR Tires Centers, Inc., a corporation, and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 2:15-cv-00780-PLA<br><br>**ORDER RE: STIPULATION**<br><br>**1. TO SUBMIT SHAWN SMITH'S CLAIMS TO BINDING ARBITRATION; AND**<br><br>**2. TO DISMISS THIS COURT ACTION** |

1   IT IS ORDERED that:

2   1.   The Complaint shall be dismissed.

3   2.   All of the claims set forth in the Complaint or arising therefrom shall be submitted to mediation and if necessary binding arbitration under the EDR Plan, in accordance with the EDR Plan and Plaintiff's written agreement to arbitrate.

Dated: February 23, 2015

*/s/ Paul L. Abrams*

The Honorable Paul L. Abrams